IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | CASE NO. 13-20303-SVK |
| JAMES EARL HOUSTON | JUDGE SUSAN V KELLEY |
| JEAN RUTH TEMPLER HOUSTON | |
| 5124 NORTH 70TH STREET | ATTORNEY: WATTON LAW GROUP |
| MILWAUKEE, WI 53218 | EMAIL: jdrewicz@wattongroup.com |
| a/k/a FKA JEAN RUTH TEMPLER | |

DEBTORS

DATE: 01/25/2016

NOTICE OF INTENT TO ALLOW
OR DISALLOW ADDITIONAL CLAIMS

Comes now the Standing Chapter 13 Trustee who gives notice to the Court that the following claim was filed against the estate of the Debtors and that such claim was not included in previous Notice of Claims filed herein:

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0035 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $212.95 | 100.00 | CLASS: PRIORITY<br>INTEREST: 0.00%<br>ACCT: 6540<br>COMMENT: AMD/SPLIT CLAIM |
| 1035 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $173.44 | 7.11 | CLASS: UNSECURED<br>INTEREST: 0.00%<br>ACCT: 6540<br>COMMENT: AMD/SPLIT CLAIM #35 |
| | TOTAL: | $386.39 | | |

Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid or have been deemed disallowed if classification is stated as disallowed and no payment shall be made due to claim having been filed late, unless the Debtors or other party in interest files with the court in accordance with Rule 3007, an Objection to Claim and Request for Hearing within twenty five (25) days of this notice.

/s/ REBECCA R GARCIA

REBECCA R GARCIA
CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
P O BOX 3170
OSHKOSH, WI 54903-3170

I herein certify that a copy of this notice was served upon the Debtors and the Debtors' Attorney of record on this date by regular U.S. Mail, postage prepaid, at their addresses as they appear in the records hereof or electronically (if the party accepts service in this manner).

DATED: January 27, 2016

/s/ Cass Loberg

Cass Loberg

CHAPTER 13 CASE NO. 13-20303-SVK
DEBTOR (1) JAMES EARL HOUSTON    DEBTOR (2) JEAN RUTH TEMPLER HOUSTON

WATTON LAW GROUP
700 N WATER STREET #500
MILWAUKEE, WI  53202
jdrewicz@wattongroup.com